UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| L.Y., on behalf of J.Y. and ELYSIAN CHARTER SCHOOL OF HOBOKEN, | : | Civil Action No. 10-05698 (SRC) |
| Plaintiff, | : | **ORDER** |
| v. | : | |
| BAYONNE BOARD OF EDUCATION, ROCHELLE HENDRICKS, INTERIM COMMISSIONER OF EDUCATION FOR THE STATE OF NEW JERSEY, in her official capacity, and the NEW JERSEY DEPARTMENT OF EDUCATION. | : | |
| Defendants. | | |

**CHESLER**, District Judge

  This matter having come before the Court on Defendants Rochelle Hendricks', Interim Commissioner of Education for the State of New Jersey, and the New Jersey Department of Education's (collectively, "State Defendants") motion to dismiss the Complaint [docket entry 1] pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted; and Plaintiff having opposed the motion; and the Court having opted to adjudicate the motion on the papers and without oral argument pursuant to Federal Rule of Civil Procedure 78; and for the reasons expressed in the Opinion filed herewith; and good cause shown,

**IT IS** on this 29th day of March, 2011,

**ORDERED** that State Defendants' motion to dismiss the Complaint [docket entry 1] be and hereby is **GRANTED**.

                                                s/Stanley R. Chesler
                                                STANLEY R. CHESLER
                                                United States District Judge